```
FILED U.S. DC
OCT 2 6 2010
S.D. OF N.Y.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS WOODHAMS and CHARLENE CONNORS, individually and on Behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>-against-<br><br>ALLSTATE FIRE AND CASUALTY COMPANY, ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>                      Defendants. | Civil Action No.: 10-cv-441 (JGK)<br><br>**NOTICE OF APPEAL TO A CIVIL ACTION AND FOR CERTIFICATION OF QUESTION TO NEW YORK STATE COURT OF APPEALS** |

Notice is hereby given that Plaintiffs Thomas Woodhams and Charlene Connors hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Decision and Order of the court below as it relates to Allstate Insurance Company and Allstate Indemnity Company and the Judgment granting Defendants' Motion to Dismiss the Complaint in this action on the 28th day of September 2010.

Dated: October 25, 2010

                                        **SQUITIERI & FEARON, LLP**

                                        LEE SQUITIERI
                                        GARRY T. STEVENS JR.
                                        32 East 57th Street
                                        12th Floor
                                        New York, New York 10022
                                        Tel: (212) 421-6492
                                        Fax: (212) 421-6553

                                        **WILKOFSKY, FRIEDMAN, KAREL & CUMMINS**
                                        JONATHAN J. WILKOFSKY
                                        MARK FRIEDMAN
                                        299 Broadway, Suite 1700
                                        New York, New York 10007
                                        Tel: (212) 285-0510
                                        Fax: (212) 285-0531

                                        *Counsel for Plaintiffs and the Proposed Class*